# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DOMINGUEZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>  v.<br>SHAMBAUGH & SON FIRE PROTECTION, business form unknown; and DOES 1-50, inclusive,<br><br>          Defendant. | Case No. 8:23-cv-02197-FWS-(KESx)<br><br>**ORDER REGARDING SETTLEMENT AND STIPULATION OF DISMISSAL (F.R.C.P 41(A)(1),23(E))** |

## ORDER

The Court, having considered the Parties' Stipulation of Dismissal, orders as follows:

1. The individual allegations set forth in this Action are dismissed with prejudice;
2. The class allegations, and the remainder of the Action, are dismissed without prejudice;
3. All upcoming hearings in this Action are vacated.

IT IS SO ORDERED.

Dated: December 15, 2023

_____
Hon. Fred W. Slaughter
United States District Judge